UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTI ELIZABETH MONTEVALDO, )<br>      Plaintiff, )<br>      )<br>      v. )<br>      )<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>      Defendant. )<br>_____ ) | CASE NO.<br>3:23-cv-06260-LJC<br><br>**ORDER GRANTING**<br>**PLAINTIFF'S STIPULATION**<br>**FOR AN EXTENSION**<br>**OF TIME** |

    It is hereby ORDERED, that the time for Plaintiff's Motion for Summary Judgment or Remand to be served and filed shall be extended until April 18, 2024. The calendar of dates in the Scheduling Order shall adjust in conformity to this change of dates for Plaintiff's opening brief to be filed.

    The Parties shall adhere to the new schedule set-forth below:

- Plaintiff's Motion for Summary Judgment or Remand due on or before Thursday, April 18, 2024;

- Defendant's counter-motion due on or before Monday, May 20, 2024; and

- Plaintiff's optional reply filed on or before Monday, June 3, 2023.

IT IS SO ORDERED.

Dated: February 26, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE